

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 1 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GUSTVAO ESPARZA,

Defendant.

Case No.  CR 09-310-ODW

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. § 3143(a)(1)]

I.

On August 21, 2020,  Defendant made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued in 2014.   Deputy Federal Public Defender Michael Brown was appointed to represent Defendant. Defendant submitted on the recommendation of detention in the Pretrial Services Report.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. §
3143(a) following Defendant's arrest for alleged violation(s) of the terms of
Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear
and convincing evidence that Defendant will appear for further proceedings as
required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

> ☒ allegations in the petition include absconding from residential re-entry
> program, sustaining state arrest and conviction for assault by means of
> force likely to produce great bodily injury, and failure to report to
> USPO..
> ☒ history of prior parole and probation violations.

B.   ☒   Defendant has not carried his burden of establishing by clear
and convincing evidence that Defendant will not endanger the safety of any other
person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is
based on:

> ☒ allegations in the petition, history of prior probation and parole
> violations
> ☒ criminal history

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 21, 2020

_____/s/_____

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE